IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON CARTER,

        Petitioner,

v.

SUPT. VINCENT MOONEY, et. al.

        Respondents.

CIVIL ACTION
NO. 15-4896

## ORDER

**AND NOW**, this 20th day of January 2017, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Report and Recommendation by United States Magistrate Judge Thomas J. Rueter (Doc. No. 16), Petitioner's Objections to [the] Report and Recommendation (Doc. No. 21), Respondents' Response to Petitioner's Objections (Doc. No. 23), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Rueter (Doc. No. 16) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

3. A Certificate of Appealability **SHALL NOT** be issued based on the analysis contained in Magistrate Judge Rueter's Report and Recommendation, as approved and adopted by this Court, that a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Writ of Habeas Corpus; and

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J